IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-21017
_____


BOOKER TROTTER; REUBEN WILLIAMS;
VICTORIA WALLACE; GILBERT ETHRIDGE;
PATSY MANNING; PHUONG KIM NGUYEN;
CHARLES DAVIS; YOLANDA SMITH,

Plaintiffs-Appellants,

v.

UNCLE BEN'S, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-753)
_____

October 13, 1999

Before KING, Chief Judge, and GARWOOD and STEWART, Circuit
Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for

essentially the reasons set forth in the district court's Order

on Memorandum and Recommendation entered October 1, 1998.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.